■ JAMES DOE et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v RUDOLPH GIULIANI, as Mayor of the City of New York, et al., Appellants. [614 NYS2d 133] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered March 22, 1994, unanimously affirmed for the reasons stated by Schlesinger, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Ellerin, Asch and Tom, JJ.